

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MARTIN MAYNES, | § | No. 08-16-00024-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D02825) |
|  | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **April 14, 2017**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, State's attorney, prepare the State's brief and forward the same to this Court on or before April 14, 2017.

IT IS SO ORDERED this 1st day of March, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.